UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY PRO SE OFFICE 2024 SEP 23 PM 3:59

Eduardo Placencia Jr.

Write the full name of each plaintiff.

No. ______________
(To be filled out by Clerk's Office)

-against-

NYC / NYCDoC

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

# COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# The Plaintiff(s)

- Eduardo Placencia [signature] Aug 28th 2024
- Wydeem Rudd
- Khareem Griffith
- Jahvone thomas
- martinez Reynaldo
- Wayne liyons
- Sharon Porter
- Chandler Burch
- Jahmar Cradel
- Tyler Sykes
- Kori Jackson
- Charmon kenndy
- Nakim williams
- Damèine Sandoz
- Angel Gomez
- Jean

These are the Names of the people that were involved in this Case but, there are many other's that names I do not remember. Most of these Individual's are upstate Serving prison time and only a hand full are home.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Eduardo A Placencia JR

First Name Middle Initial Last Name

______________________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

4412102051

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

1600 Hazen St East Elmhurst NY 11370

Current Place of Detention

1600 Hazen st

Institutional Address

East Elmhurst NY 11370

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Greene

First Name Last Name Shield #

Dep warrden of GRVC In 2022

Current Job Title (or other identifying information)

Current Work Address

East Elmhurst NY 11370

County, City State Zip Code

Defendant 2: Ballah

First Name Last Name Shield #

Captain in GRVC In 2022 Still is there Now

Current Job Title (or other identifying information)

Current Work Address

East Elmhurst NY 11370

County, City State Zip Code

Defendant 3: Gainiess

First Name Last Name Shield #

Captain in GRVC in 2022 Still is there No

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4: NYC DOC Rikers Island Cheif lemon

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

East Elmhurst NY 11370

County, City State Zip Code

Aug 29th 2024

On June 1st of 2022 ESH Housing area's In GRVC were Stopped and So was Segregated housing areas. Segregated Housing was put in Place to Seperate the gangs on Rikers Island, To Stop Stabbings and Slashings and Violance amoungst the inmates and Staff. But, As of June 1st 2022, that was over and all the gang's in GRVC were thrown in housing area's together and would not be Seperated untill 3 months later, Regaurdless of how many times they Stabbed or Slashed eachother. June 1st me and Several other's were Sent to Housing area 10B, A SRG Mac Balla, Patria, & Crip house. We were locked inside of our cells untill June 4th for no reason at all without Services, showers, visits ect. On June 4th we were allowed to lock out of our cells, there were about 6-8 C.O's on post that day and in 2 min's A riot broke out between all the gangs and 1 person was Slashed on the face and we were put on lock down In our cells till June 7th. The person that was Slashed was placed back into the housing area 10B along with the person that Slashed Him. On June 7th 3 days later without Showers, Services ect, we were allowed to lock out again with only 1 C.O on post officer "Coolie". This time 8 people were Stabbed and Slashed during the riot, 3 of which were Sent out to an outside hospital 1 guy recevied staples on his head the other 2 had Stab wounds all over there arms, and all of the people that were Stabbed and Slashed were Sent back to the Same Housing area 10B along with

The Same people that had Stabbed them. I did Not Sustain any injuries this time, I had Several layers of Clothing and Sheets on my body. This time we were locked in our cells without Shower, services, ect, untill June 15, 2022. On June 15th 2022 Mr. Sandoz and I had went to Court, and when we made it back to Rikers (me & Mr Sandoz) were escorted back to 10B Housing area by 6 officers. Upon entering the house A Captain asked me and Mr. Sandoz If we had issues with the inmates that are out of there cell's right now. I replied "yes, and all of you C.O's know this already that's why 6 of yall escorted us back to the Housing area instead of 1." The Captain ordered the C.O's to escort us to our cells. Upon entering the housing area we were attacked (Mr. Sandoz & my self) by the inmates that were out of there cells and Mr. Sandoz Sustained a laceration on his face, I was not injured in this incident. The people that attacked me and Mr. Sandoz remained in the housing area but Mr Sandoz was moved next door, One of very few to be moved during these incidents. I remained in the Same Housing area with the people that attacked me, We remained on lock down until June 23 2022. The C.O's implemented a alternate lock out that Consisted of 8 hours for the top tier while the bottom tier stays locked in, Then the top tier locks in while the bottom tier locks out. Doc Staff urged us (All Inmates of 10B) that the only way we could lock out again is if we Comply with this implemented

Lock out, otherwise "No officer" would take the post and no one would be able to Shower, get visits, Services ect, for months. So everyone Complied until July 11th 2022, around 8-8:30pm A riot broke out over an argument between a Imate from the top tier and another that was locked out of his cell. Something was thrown from the top tier at a inmate and that inmate ran into another inmates cell and Stabbed him repeatedly. 7 people were Stabbed in this incident including myself, Kareem Griffith, Javon thompson, Kori Jackson and others. 3 people were take to a outside hospital. One detainee had his head Split open and He received Staples from the front of his head to the back of his head. Another guy was Covered in puncher wounds all over his body he recived Stitches, 2 other men received Stitches on there necks and another man received them on his hand. I was hit in my face with A Cane and Stabbed In the back of my head. My injuries weren't as Severe as everyone else but, I had a puncher wound on my head and a Blackeye with A bloodClot and abrasion over my right eye. Myself and others were taken to the Clinc had our wounds Cleaned and Sent back to the Same housing area (10B) with the Same people that Just Stabbed us. Again we were on lock down with Showers ect, untill July 26th 2022, 10 detainees were let out. 5 from the top tier, 5 from the bottom tier Including myself as Some kind of exhibition match between detainees for the C.O'S. The officers Knew that we would Come out and fight & attack eachother, A fight broke out I began to Swing a Cane to defend myself againist 4 others fortunately No one was hurt. Again we were put on

lock down. Captain Bahlla was the captain that let us out of our cells to attack eachother. A few days passed myself and others ask Captain gainaies and the dept MS Greene to move the detainees we have problems with next door and bring the SRG's that we do not have a problem with here so we can live in peice. Both Captain and dep denied the solution to the problem at hand and told us that they (The captain & dept) are bringing a New batch of detainees to "handle us" "All Big mother f****** lets see How tough yall are and how manytimes yall win this time" Sure enough thats what happen, The beganning of August of 2022 the CO's brough 10-15 New detainees for us to fight againist. The Next day they locked everyone out 1 person was Stabbed in his face and He was brought back to the housing area later that day. A few days later the C.O's locked us out this time all the detainees had enough of Stabbing and getting Stabbed so they attacked the C.O's. The Next day The Cheif of Rikers Island "Mr. lemon" Came to the housing area 10B and spoke to us. Everyone (All detainees) told Mr lemon if you do Not move the SRG's that have problems with eachother out that "Every detainee" will began to attack the C.O's that work the post. Cheif lemon gave the O.K. to Split the Imates from the housing area (10B) up and put the SRG's that Can "Get along" with eachother together.

## V. STATEMENT OF CLAIM

Place(s) of occurrence: G.R.V.C Hazen St East Elmhurst NY 11370
Housing area (10B) Rikers Island

Date(s) of occurrence: June 1st 2022 – June 22nd 2022 / 07-11-22 – 08-14-2022

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Aug 29th 2024

From June 1st through June 23 of 2022 between 40-70 people including myself maybe more were locked in our Cells without Showers, Rec, law libary, visits, barber Shop or any type of Service for 22 days Straight. For 90 day's myself and Numerous others, were forced to defend ourselves againist other inmates. Everyday for 90 days Striaght we were forced to Stab and Cut eachother, forced to punch, Stomp, beat on eachother and the "officers" of Rikers Island refused to move me and Countless others for 90 day's. I was forced to fight and Stab people, I was beat with a Cane and Stabbed in the back of my head. I was put through traumatic events everyday for 90 day's, I had to undergo mental anguish, paranioa, Ptsd and Countless other psychological injuries. I had to wash myself in my toilet because the water in my Sink did not work. I had to drink out of the toilet because it would be day's the housing area would go without a officer. No Soap was given to us because it Could be used as a "weapon." Myself and Countless other's were put in unsafe and Hazordous conditions due to the lack of Care, Custody and Control. The Doc has failed us, The law system has failed us.

- The Nature of this Claim is inter Alia, for monetary damages, for personal and emotional injuries I Sustained from these Trum events as well as every other Claiment under this petition as A result of Intentional, reckless, and or Negligent Conduct By agents, Servants, & employees

Of the City of NY and by the NYCDOC. Who while under the color of law or regulation of the state, Deprived All Claimant's of the rights and privileges Secured to him under the U.S Constitutions of America and the State of NY as well as Civil Rights pursant to 42 USC Section 1983 U.S Law NYS Law and Common law, including Claimant's right to be free from harassment, unconstitutional Conditions of Confinement, Excessive force, outrageous Conduct giving rise to personal injuries, intentional infliction of Emotional Distress and negligent infliction of Emotional Distress.

-Injuries Sustained Anxiety, Fear, Shame, PTSD, Paranoia, Humiliation, indignity, mental Anguish, Damage to my reputation and Credit, Damage to my right eye, Damage to the Sight of my right eye, Puncture wound to the back of my head and other psychological injuries. These incidents were preventable in that respondent City, these Doc officers that were present had opportunities to intervene but failed To do So, Doc Agents, Servants and employees were Negligent, Carless and Reckless in Causing, Allowing and permitting the Unsafe, Hazardous, trap like conditions and the Standard of Care in the Community and have failed to Stand by there oath of "Care, Custody, and Control" Departing from Good and Accepted practice and procedure in failing to maintain a Safe environment, in failing to remedy a dangerous Condition, and in otherwise being Negligent and CarleSS.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$500 million

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Aug 20th 2024 — Dated

[signature] — Plaintiff's Signature

Eduardo — First Name | A — Middle Initial | Placencia — Last Name

1600 Hazen St [illegible] — Prison Address

East Elmhurst, Queens — County, City | NY — State | 11370 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: Sep 18th 2024

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 100[illegible]

Form Version: NYC-COMPT-BLA-PI1-[illegible]

# Personal Injury Claim Form

A claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office, located at 1 Centre Street, Room 1225, New York, NY 10007. The claim form must be notarized. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

TYPE OR PRINT

**I am filing:** ✓ On behalf of myself.

◯ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Placencia |
| First Name: | Eduardo |
| Relationship to the claimant: | Myself |

◯ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | Placencia |
| *First Name: | Eduardo |
| Address: | 1600 Hazen St |
| Address 2: | East Elmhurst |
| City: | Queens |
| State: | NY |
| Zip Code: | 11370 |
| Country: | US |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| Email Address: | |
| Occupation: | |

City Employee? ◯ Yes ◯ No ◯ NA

Gender ◯ Male ◯ Female ◯ Other



*** Denotes required field(s).***

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The time and place where the claim arose**

| | | | |
|---|---|---|---|
| *Date of Incident: | 07-11-22 | Format: MM/DD/YYYY | |
| Time of Incident: | 1625 | Format: HH:MM AM/PM | |
| *Location of Incident: | G.R.V.C Housing area 10(B) bottom tier | Address: | GRVC |
| | | Address 2: | 0909 Hazen St |
| | | City: | East Elmhurst |
| | | State: | NY |
| | | Borough: | Queens / Bronx |

***Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

I was Stabbed in the back of my head with a unknown object, Since the wound was not "deep enough" The doctor ruled it a "Superficial wound". But the weapon did penetrate my Skin. I did Bleed enough for the Blood to run down my back and now have a bald Spot on the back of my head. I was also hit in the face with a wooden object above my right eye which had given me a Black eye, blurry vision and a abrasion over my eye.

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

Back of my head / Right eye

$450,000.00

** Denotes required field(s).*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

| | | |
|---|---|---|
| 1st Treatment Date: | 07-11-2022 | Format: MM/DD/YYYY |
| Hospital/Name: | G.R.V.C | |
| Address: | 09-09 Hasen St | |
| Address 2: | East Elmhurt | |
| City: | Queens | |
| State: | NY | |
| Zip Code: | 11370 | |
| Date Treated in Emergency Room: | | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance? ◯ Yes ☑ No ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |



*** Denotes required field(s).**

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

| | |
|---|---|
| Last Name: | Sykes |
| First Name: | Tyler |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | Jackson |
| First Name: | Kori |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | Griffith |
| First Name: | Kareem |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

** Denotes required field(s).*

Office of the New York City Comptroller
1 Centre Street
New York, NY 1000

New York City Comptroller
Brad Lander

## Complete if claim involves a NYC vehicle

**Owner of vehicle claimant was traveling in**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Insurance Information**

Insurance Company Name:
Address
Address 2:
City:
State:
Zip Code:
Policy #:
Phone #:

**Non-City vehicle driver**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Non-City vehicle information**

Make, Model, Year of Vehicle:
Plate #:
VIN #:

**City vehicle information**

Plate #:

City Driver Last Name:
City Driver First Name:

**Description of claimant:** ◯ Driver ◯ Passenger ◯ Pedestrian ◯ Bicyclist ◯ Motorcyclist ◯ Other

***Total Amount Claimed:** *Format: Do not include "$" or ",".*

Aug 22, 2024
Date

Signature of Claimant

State of New York
County of

I, Eduardo Placencia, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day ______ August 2024

Signature of Claimant ______

Signature of notary ______

HELEN DANESI OSUNTAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OS6404665
Qualified in Queens County
My Commission Expires 2/24/28

* Denotes required field(s).

zen st
mhurst NY 11370



USM P3 SDNY

Pro Se Intake unit Room 120
500 Pearl street, New York, NY 10007

RECEIVED SDNY PRO SE OFFICE
2024 SEP 23 PM 3:56