UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO PLACENCIA JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>THE CITY OF NEW YORK, TYNEKA GREENE, MARK BALLAH, CHARLTON LEMON, and ERICA DIXON,<br><br>　　　　　　　　Defendants. | 24 Civ. 7215 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　On August 27, 2025, the Court issued an Order Requesting *Pro Bono* Counsel, indicating that the Court would defer entry of a Case Management Plan until September 26, 2025. (Dkt. #30). Subsequently, the Court has become aware that one or more firms are interested in entering the case as *pro bono* counsel but cannot comply with the Court's current deadline. Accordingly, the Court further defers entry of a Case Management Plan until **October 27, 2025**, to give prospective *pro bono* counsel time to enter the case.

　　The Clerk of Court is directed to mail of copy of this Order to Plaintiff at his address of record.

　　SO ORDERED.

Dated:　September 22, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　*Katherine Polk Failla*
　　　　　　　　　　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge