

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Tel.: (212) 356-2671
Fax: (212) 356-3509
shrekris@law.nyc.gov

October 27, 2025

<u>**VIA ECF**</u>
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  <u>Eduardo Placencia, Jr. v. City of New York, et al.</u>,
    24 Civ. 07215 (KPF)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, an attorney representing defendants the City of New York, Tyneka Greene, Mark Ballah, Charlton Lemon, and Erica Dixon ("defendants") in the above-referenced matter. Defendants respectfully write to request an extension of time to file a Case Management Plan in accordance with the Court's September 22, 2025 Order. <u>See</u> ECF No. 32.

  By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, failure to protect, unconstitutional conditions of confinement, deliberate indifference to safety, and improper searches and seizures. Plaintiff names the City of New York, Tyneka Greene, Mark Ballah, Charlton Lemon and Erica Dixon as defendants in this matter. On July 25, 2025, defendants filed their answer to the Amended Complaint. <u>See</u> ECF No. 29. On August 27, 2025, the Court issued an order requesting pro bono counsel for plaintiff and deferred "entry of a Case Management Plan for thirty days." ECF No. 30. On September 22, 2025, the Court further deferred the entry of a Case Management Plan until October 27, 2025, in order to give prospective pro bono counsel additional time to enter the case. <u>See</u> ECF No. 32.

  Upon information and belief, and upon review of the docket, no appearance has been made by any pro bono counsel for either all-purpose or limited-purpose appearance on behalf

of plaintiff. However, the undersigned spoke with plaintiff on October 27, 2025 via telephone and was informed by plaintiff that he was approached by *pro bono* counsel and has agreed to their representation for the limited purpose of discovery.

Accordingly, defendants respectfully request the Court for a thirty (30) day extension of time to submit a Case Management Plan, so as to allow for *pro bono* counsel to enter the case and to meet and confer on discovery deadlines pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

Thank you for your consideration herein.

Respectfully submitted,

*/s/Shreya Krishnamurthy*
Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA FIRST CLASS MAIL**
Eduardo Placencia, Jr.
*Plaintiff pro se*
DIN#: 25-B-0225
Otisville Correctional Facility
57 Sanitorium Road
Otisville, NY 10963-0008

```
Application GRANTED.  The parties' shall confer and submit a case
management plan on or before December 5, 2025.

The Clerk of Court is directed to terminate the pending motion at docket
entry 33.

Dated:    October 28, 2025          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2