

**T**HE **C**ITY OF **N**EW **Y**ORK
# **L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Tel.: (212) 356-2671
Fax: (212) 356-3509
shrekris@law.nyc.gov

February 18, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   Eduardo Placencia, Jr. v. City of New York, et al.,
      24 Civ. 07215 (KPF)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, an attorney representing defendants the City of New York, Tyneka Greene, Mark Ballah, Charlton Lemon, and Erica Dixon ("defendants") in the above-referenced matter. Defendants respectfully write to request a two (2) week extension of time to file a proposed Confidentiality Stipulation and Protective Order, from February 20, 2026 to March 4, 2026. This is the third request of this kind and *pro bono* counsel for plaintiff consent to this request.

By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, failure to protect, unconstitutional conditions of confinement, deliberate indifference to safety, and improper searches and seizures. Plaintiff names the City of New York, Tyneka Greene, Mark Ballah, Charlton Lemon and Erica Dixon as defendants in this matter. On December 8, 2025, the Court issued a Case Management Plan and Scheduling Order in this case which set the deadline for the parties to file any confidentiality agreement by January 7, 2026. See ECF No. 38. On January 7, 2026, the Court granted plaintiff's request for an extension of time, from January 7, 2026 to January 20, 2026, to file, *inter alia*, the proposed Confidentiality Stipulation and Protective Order which defendants' consented to. See ECF Nos. 39, 40. On January 21, 2026, the Court granted the parties' second request for an extension of time to file a confidentiality stipulation, from January 20, 2026 to February 20, 2026. See ECF Nos. 42, 43.

The reason for this instant request is for the parties to have additional time to confer and finalize the proposed confidentiality stipulation. The parties have met and conferred and are in the final stages of internally reviewing and finalizing the parties' proposed confidentiality stipulation prior to filing. Accordingly, additional time is required to further confer and come to an agreement on a joint proposed confidentiality stipulation.

Accordingly, defendants respectfully request the Court for a two (2) week extension of time to submit a proposed confidentiality stipulation and protective order pursuant to the Case Management Plan issued in this matter.

Thank you for your consideration herein.

Respectfully submitted,

*/s/Shreya Krishnamurthy*
Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Patrick W. Begos, Esq.
Jennifer M. Driscoll, Esq.
Avrohamm Rosskam, Esq.
Robinson + Cole LLP
*Pro Bono Counsel for Plaintiff*

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 44.

Dated:    February 19, 2026
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE