

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Tel.: (212) 356-2671
Fax: (212) 356-3509
shrekris@law.nyc.gov

June 16, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:     Eduardo Placencia, Jr. v. City of New York, et al.,
        24 Civ. 07215 (KPF)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, an attorney representing defendants the City of New York, Tyneka Greene, Mark Ballah, Charlton Lemon, and Erica Dixon ("defendants") in the above-referenced matter. Defendants respectfully write: (1) to request that the Court refer this matter to Magistrate Judge Gary Stein for purposes of a settlement conference as per the Court's designation dated September 27, 2024, and (2) a stay of discovery pending the settlement conference. Plaintiff's counsel, Avrohom Rosskamm, Esq., does not object to these requests.

As the Court is aware, a Civil Case Management Plan and Scheduling Order was issued in this case on December 8, 2025 in which the parties stated that, at that time, "[t]he parties have not come to an agreement regarding alternate dispute resolution mechanisms … but will make the appropriate request to the Court if and when a settlement conference and/or mediation would be fruitful." ECF No. 38 at 4. Since the date of the Order, the parties have exchanged initial disclosures, their first set of interrogatories and requests for production of documents and responses to those requests. The parties have also simultaneously had good faith settlement negotiations.

The parties believe a settlement conference would be productive at this stage, and, further, a settlement conference will be beneficial in this instance considering plaintiff's present

incarceration status that may otherwise cause delays in settlement negotiations resulting from difficulties in expediently communicating with plaintiff.

Additionally, should the Court be inclined to grant this request, defendants respectfully request that discovery be stayed in this case pending the settlement conference. "[U]pon a showing of good cause a district court has considerable discretion to stay discovery pursuant to Federal Rule of Civil Procedure 26(c)." Oliver v. City of N.Y., No. 19-CV-11219 (PGG) (JLC), 2021 U.S. Dist. LEXIS 103656, at *3 (S.D.N.Y. June 2, 2021) (internal quotations and citations omitted. "Rule 26(d) also allows the Court "to control the sequence and timing of discovery, particularly where resolution of a preliminary matter may decide the entire case." Id. at *3-4. As the parties have expressed an interest in participating in a settlement conference in an attempt to resolve this case, defendants respectfully submit that a stay of discovery for a short period of time would allow the parties to focus their efforts in resolving this case earlier in place of protracted litigation. See That's What She Said, Inc. v. Gutter Games Ltd., 22 Civ. 4230 (KPF), 2023 U.S. Dist. LEXIS 82269, at *7-8 (S.D.N.Y. May 9, 2023) (noting that the parties expressed an interest in appearing in front of a magistrate judge for a settlement conference as a alternate path to resolving the case and staying discovery obligation pending the outcome of those discussions.)

Accordingly, for these reasons, and contemplating the needs of this litigation, at present and in the future, defendants respectfully request that the Court: (1) that the Court refer this matter to Magistrate Judge Gary Stein for purposes of a settlement conference as per the Court's designation dated September 27, 2024, and (2) a stay of discovery pending the settlement conference.

Thank you for your consideration herein.

Respectfully submitted,

*/s/Shreya Krishnamurthy*
Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:     **VIA ECF**
        Patrick W. Begos, Esq.
        Avrohamm Rosskam, Esq.
        Robinson + Cole LLP
        *Pro Bono Counsel for Plaintiff*

Application GRANTED.  This matter is hereby STAYED.  The Court will refer the parties for a settlement conference before Magistrate Judge Stein under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 53.

Dated:      June 17, 2026          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE