Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

August 13, 2026

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**MEMO ENDORSED**

Re: *Eduardo Placencia, Jr. v. City of New York, et al.*, No. 24-cv-7215-KPF (S.D.N.Y.)

Dear Judge Failla:

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 7.1(e), the parties to the above-captioned action jointly request an adjournment of the pretrial conference scheduled for **August 25, 2026, at 11:00 AM**, *sine die*, because the Court previously stayed this action. This is the parties' first request to adjourn the August 25, 2026, pretrial conference. This request is made jointly and more than 48 hours prior to the scheduled conference.

On December 8, 2025, the Court entered a Civil Case Management Plan and Scheduling Order, which set a pretrial conference for August 25, 2026, at 11:00 AM. (ECF No. 38 at 7). On June 17, 2026, the Court granted the Defendants' request to stay this action to accommodate a settlement conference before Magistrate Judge Gary Stein. (ECF No. 54). On July 17, 2026, Judge Stein issued an order, scheduling a settlement conference for **September 17, 2026**. (ECF No. 58). Because the settlement conference is scheduled to occur after the August 25, 2026, pretrial conference, the parties respectfully request that the pretrial conference be adjourned *sine die* so that the settlement conference may proceed first.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Patrick W. Begos*

cc: All counsel of record via CM/ECF

Application GRANTED. The pretrial conference currently scheduled for August 25, 2026, is hereby ADJOURNED *sine die*.

The parties shall submit a joint status update to the Court within one week of any significant developments in settlement.

The Clerk of Court is directed to terminate the pending motion at docket entry 59.

Dated: August 14, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE